### SCHERRER v. BROWN.

WILLS—REVOCATION BY MARRIAGE.
The marriage of a testator operates to revoke any antecedent will.

*Appeal from the Court of Appeals.*

Mr. I. E. BARNUM and Mr. V. A. ELLIOTT, for appellant.

Mr. E. P. HARMON and Mr. T. M. PATTERSON, for appel-
lee.

PER CURIAM. This cause comes here by appeal from a
judgment of the court of appeals.    In the opinion of that
court, as prepared by Judge Bissell, the decision of the cause
is based upon the conclusion that the marriage of a testator
operates to revoke any antecedent will.    See *Brown v.
Scherrer*, 5 Colo. App. 255.

We regard the opinion of the learned judge as unanswer-
able, and for the reasons therein given the judgment is af-
firmed.

*Affirmed.*